IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVINO BRAXTON, | No. 4:21-CV-00544 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN RADM S. SPAULDING, | |
| Respondent. | |

# ORDER

**APRIL 16, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Braxton's emergency 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** without prejudice;

2. Braxton's application to proceed in *forma pauperis* (Doc. 9) is **GRANTED**;

3. Braxton's motion for an enlargement of the page limitations (Doc. 4) is **GRANTED**;

4. Braxton's motions to appoint counsel (Docs. 3, 10) are **DENIED** as moot; and

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge